ACCEPTED
03-14-00511-CV
4082375
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 8:20:19 PM
JEFFREY D. KYLE
CLERK

# IN THE COURT OF APPEALS
## FOR THE THIRD SUPREME JUDICIAL DISTRICT
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/9/2015 8:20:19 PM

JEFFREY D. KYLE
Clerk

|  |  |  |
|---|---|---|
| MARY BLANCHARD, | § | |
| | § | |
| Respondent/Appellant | § | |
| | § | |
| VS. | § | NO. 03-14-00511-CV |
| | § | |
| GRACE ANN MCNEILL, IN HER | § | |
| CAPACITY AS SUCCESSOR | § | |
| TRUSTEE AND BENEFICIARY OF | § | |
| THE DIXIE LEE HUDLOW LIVING | § | |
| TRUST, AND HAROLD MCNEILL, | § | |
| AS BENEFICIARY OF THE DIXIE | § | |
| LEE HUDLOW LIVING TRUST, | § | |
| AND THE DIXIE LEE HUDLOW | § | |
| LIVING TRUST, | § | |
| | § | |
| Petitioners/Appellees. | § | |

## APPELLANT, MARY BLANCHARD'S, MOTION TO ENLARGE TIME WITHIN WHICH TO FILE HER MOTION FOR REHEARING PURSUANT TO T.R.A.P. RULES 10.5(b) AND 49.8

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, the Appellant, Mary Blanchard, ("BLANCHARD") and files this her Motion to Enlarge Time Within Which to File Appellant's Motion for Rehearing and, in support of said motions, would show the Court the following:

1.   This Court entered its Opinion and Order on January 23, 2015. Any Motion for Rehearing would be due to be filed on or before February 9, 2015.   This motion is filed within fifteen days of February 9, 2015. See T.R.A.P. Rule 49.8.

2.   Appellant Blanchard requests an enlargement of time to file

1

her Motion for Rehearing to and until March 4, 2015.

3.    No previous extensions of time have been granted Appellant Blanchard to file a Motion for Rehearing or Rehearing En Banc.

4. The facts on which Appellant Blanchard relies as good cause for granting the extension are as follows:

4.1.    Appellant's counsel, Joe Alfred Izen, Jr., has been ill since January 11, 2015 with fever and inflammatory symptoms. Izen tried to keep working over the time he was suffering these increased symptoms, and hoped to complete the Motion for Rehearing within the fifteen day period for filing provided by the Texas Rules of Appellate Procedure.

4.2. Izen became worse and developed an increased fever which went up to 101 degrees on Wednesday, January 21, 2015. Izen has been unable to walk without crutches for the past ten (10) days.

4.3.    Appellant's counsel hopes to recover from his illness and complete the Motion for Rehearing within twenty (20) days. An IGF-1 hormone test Appellant's counsel underwent on January 29, 2015 came back with a higher than normal reading of 252 indicating a pituitary tumor.

4.4.    Additionally, Izen's right knee swelled up and Izen had to go to his orthopedic surgeon on Monday, January 26, 2015 to have it aspirated and have the synovial fluid tested for infection as well hormone.

2

5. This enlargement of time is sought not for the purposes of delay only, but so that Justice may be done. Counsel's medical condition has made a request for enlargement necessary.

6. Appellant has not sought any previous enlargements on this appeal to file her Motion for Rehearing.

7. Based on all of the above facts and factors Appellant moves this Court for the entry of an Order granting her an additional twenty days within which to prepare and file Appellant's Motion for Rehearing.

8. This Motion for Enlargement is filed, not for the purposes of delay only, but so that justice may be done.

WHEREFORE, ABOVE PREMISES CONSIDERED, Appellant Mary Blanchard moves this Court to entertain this motion, and after due consideration of the relief requested by Appellant, that this Court enter an Order: (1) Granting Appellant an enlargement of time to file her Motion for Rehearing to and until March 4, 2015 and (2) Granting Appellant such other and further relief, both in law and in equity, to which she may show herself to be justly entitled.

Respectfully submitted,

s/Joe Alfred Izen, Jr.

_____
Joe Alfred Izen, Jr.
Attorney for Appellant Blanchard
TBC # 10443500
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net

## CERTIFICATE OF CONFERENCE

At the time of the preparation and filing of this motion, Mr. Knebel **WAS NOT AVAILABLE FOR COMMENT ON** this motion.

s/Joe Alfred Izen, Jr.

_____
Joe Alfred Izen, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Jeffrey T. Knebel, 301 Congress Avenue, Suite 1910, Austin, TX  78701  (fax: 512-542-2011) by facsimile transmission and/or eservice on the 9th day of February, 2015.

s/Joe Alfred Izen, Jr.

_____
Joe Alfred Izen, Jr.

BLANCHAR.M2E/TK471

4

## VERIFICATION

STATE OF TEXAS    )
                  )
COUNTY OF HARRIS )

BEFORE ME, the undersigned authority, on this day personally appeared Joe Alfred Izen, Jr., known to me to be the attorney for Appellant, who after being by me duly sworn, on his oath, did depose and testify that he had read the foregoing document, that all of the facts stated therein are true and correct and within his own personal knowledge.

s/Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.

SUBSCRIBED AND SWORN TO on this the 9th day of February, 2015, to certify which witness my hand and seal of office.

s/Karen Cooley
_____
Notary Public In and For
The State of Texas

My commission expires:

   6-21-2018                          SEAL
_____